# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KELVIN L. BLEVINS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-0392-CG-M |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $1,375.00.

**DONE and ORDERED** this 5th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE