## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **KELVIN L. BLEVINS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **CIVIL ACTION 05-0392-CG-M** |
| | : |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of** | : |
| **Social Security,** | : |
| | : |
| **Defendant.** | : |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for an Award of

Attorney Fees Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that

Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of

$1,375.00.

**DONE and ORDERED** this 5th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE